# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELIJAH SMITH, III

NO.   2020 KW 0155

**APR 2 8 2020**

---

In Re:   Elijah Smith, III, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-12-1213

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**

> VGW
> JMG
> WJB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.